Janice Moelker
4092 N. Andrea Dr.
LaPorte, IN 46350

September 5, 2025

To The Honorable Judge Damon R. Leichty,

I am the Mother of Neil Curtis Lachmund, and I am writing to tell you about the side of Neil that I know and love.
This is not to take away from what he has done, but just to let you know that he is a very caring and loved individual.

Neil has had a sense of empathy since he was very young. In Preschool, his teacher told the class she was going to be away for a while because of a surgery. Neil went to her and hugged her telling her she would be OK. The teacher was taken aback at his show of empathy at 3 years old. Recently, a cashier at the gas station he frequented was undergoing Chemotherapy. It was Christmas time and he asked if she had her tree up yet? She stated she was unable to because of her health and the treatments. Neil went home and made a tree out of reclaimed wood and took it to her.
Neil also helps his Grandmother (94 years old) with yard work, trimming shrubs, repairing a bench and giving her gifts he has made. She always says, "He's my favorite!"
He had the hobby of making things out of reclaimed wood. Many people, including myself, received gifts he has made.
This is just a few examples of Neil's kindness.

Besides Neil's gift of empathy, he also has the gift of humor. He is known to make you smile and laugh. Always making jokes.
Neil is a musician, drummer, and played in three different bands. He loved his shows and entertaining the crowd.

Neil was very brave and courageous. After High School, Neil attended IU South Bend. After the 1st semester he enlisted in the Marines. After his time as a Marine, he became a Police Officer. I feel this is when he experienced the most trauma, with all the experiences he had as an Officer. He was diagnosed with PTSD and Depression. Neil struggled the most after his wife left him and the three children and when his Dad disowned him after his DUI.
Neil's neighbors were shocked when Homeland Security took him away. They talked about how they would miss the "Best Neighbor".
Neil's Boss said he was the best worker and would miss working with him and wanted to let him know that he holds no judgment.

It would be very remiss of me if I didn't mention his love for his three children.

This is just a little picture of Neil's 46 years of life.

Sincerely,

*Janice Moelker*
Janice Moelker